ACCEPTED
03-14-00267-CV
6041222
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/13/2015 3:07:07 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00267-CV

In the Court of Appeals
for the Third Judicial District of Texas
at Austin

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/13/2015 3:07:07 PM
JEFFREY D. KYLE
Clerk

## DAISY WANDA GARCIA,
### Appellant/Defendant,

### v.

## THOMAS LEE BAUMGARTEN,
### Appellee/Plaintiff.

Appeal from the 201st Judicial District Court
Travis County, Texas
Trial Court Cause No. D-1-GN-12-002429

## APPELLEE'S NOTICE OF SALE OF PROPERTY

The trial court's April 18, 2014 Summary Judgment that is the subject of this appeal ordered that the parties sell the property at issue in the underlying litigation (the "Exposition Property"). CR 666-69. Enforcement of the trial court's April 18, 2014 Summary Judgment has never been stayed and Appellant Daisy Wanda Garcia never posted a supersedeas bond.

Consequently, the Exposition Property was sold to a third-party on July 2, 2015. A certified copy of the deed conveying the Exposition Property is attached

- 1 -

to the Affidavit of Nicholas P. Laurent. *See* <u>Exhibit A</u>, Affidavit of Nicholas P. Laurent and <u>Exhibit A-1</u>, Certified copy of deed.

Appellee Thomas Lee Baumgarten files this notice because the conveyance of the Exposition Property may moot some of the issues currently being considered by the Court.

## PRAYER

Appellee Thomas Lee Baumgarten respectfully prays that the Court affirm the trial court's April 18, 2014 Summary Judgment and grant him all other relief to which he may show himself entitled.

Respectfully submitted,

Nicholas P. Laurent
State Bar No. 24065591
Raymond E. White
State Bar No. 21321950
MCGINNIS, LOCHRIDGE & KILGORE, L.L.P.
600 Congress Avenue, Suite 2100
Austin, Texas 78701
(512) 495-6000
(512) 495-6093 FAX
nlaurent@mcginnislaw.com
rwhite@mcginnislaw.com

By: */s/ Nicholas P. Laurent*
      Nicholas P. Laurent

ATTORNEYS FOR APPELLEE
THOMAS LEE BAUMGARTEN

## CERTIFICATE OF SERVICE

I certify that a true and complete copy of the above and foregoing Appellee's Notice of Sale of Property was sent by electronic mail and certified mail, return receipt requested on this the 13th day of July, 2015 to the following:

Mr. Stephen Casey
Casey Law Office, P.C.
595 Round Rock West Drive, Suite 102
Round Rock, Texas 78681
(512) 257-1324
(512) 853-4098 (fax)
info@caseylawoffice.us

ATTORNEYS FOR APPELLANT
DAISY WANDA GARCIA

*/s/ Nicholas P. Laurent*
Nicholas P. Laurent

In the Court of Appeals
for the Third Judicial District of Texas
at Austin

---

**DAISY WANDA GARCIA,**
**Appellant/Defendant,**

v.

**THOMAS LEE BAUMGARTEN,**
**Appellee/Plaintiff.**

---

Appeal from the 201st Judicial District Court
Travis County, Texas
Trial Court Cause No. D-1-GN-12-002429

---

## <u>AFFIDAVIT OF NICHOLAS P. LAURENT</u>

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF TRAVIS | § |

I, Nicholas P. Laurent, being duly sworn state as follows:

"My name is Nicholas P. Laurent. I am an attorney in Austin, Texas and I am counsel of record for Appellee in this lawsuit. I am over eighteen (18) years of age, am of sound mind, have never been convicted of a felony, and I am fully capable and competent to testify to and have personal knowledge of the matters stated in this affidavit. Unless otherwise indicated, every statement of fact contained herein is true and correct.

EXHIBIT

A

Blumberg No. 5208

"Attached hereto as Exhibit A-1 is a true and correct copy of a Warranty Deed that was executed by Appellee Paul Jennings Baumgarten, as independent executor of the Estate of Thomas Lee Baumgarten, deceased, and Appellant Daisy Wanda Garcia conveying the property at issue in the underlying litigation located at 1901 Exposition Blvd., Austin, Texas 78703, more particularly described as follows:

> The south 70 feet of Lot 11, Block 18, Westfield A, a subdivision in Travis County, Texas, according to the map recorded in Volume 3, Page 107, Map Records, Travis County, Texas.

> "The deed is recorded as Instrument Number 2015105083 in the official Travis County, Texas land records.

> "Further affiant sayeth not."

_____
Nicholas P. Laurent


SWORN TO and SUBSCRIBED before me by Nicholas P. Laurent on this the 13th day of July, 2015.

(Personalized Seal)         Notary Public's Signature

Tammy L Kurtz
Notary Public
State of Texas
My Commission Expires
SEPTEMBER 27, 2017

-2-

NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.

## WARRANTY DEED

Date: _7/2/15_

**Grantor:** DAISY WANDA GARCIA AND PAUL JENNINGS BAUMGARTEN, INDEPENDENT EXECUTOR OF THE ESTATE OF THOMAS L. BAUMGARTEN, DECEASED

**Grantor's Mailing Address:** _14 Stonegate Park Court Spring, TX 77379_

**Grantees:** RMD, INC.

**Grantee's Mailing Address:** 1901 Exposition, Austin, TX 78703

**Consideration:**

Cash and other good and valuable consideration, the acceptance of which is hereby acknowledged by the signature of Grantor below. There is no lien, either expressed or implied, created by the exchange of property. Any such lien is waived and released by Grantor.

**Property (including any improvements):**

The south 70 feet of Lot 11, Block 18, Westfield A, a subdivision in Travis County, Texas, according to the map recorded in Volume 3, Page 107, Map Records, Travis County, Texas.

**Reservations from Conveyance:**

None

**Exceptions to Conveyance and Warranty:**

None

I, Dana DeBenuvolt, County Clerk, Travis County, Texas, do hereby certify that this is a true and correct copy as same appears of record in my office. Witness my hand and seal of office on

Dana DeBeauvoir, County Clerk
By Deputy:

JUL 1 0 2015

Grantor, for the Consideration and subject to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty, grants, sells, and conveys to Grantee the Property, together with all and singular the rights and appurtenances thereto in any way belonging, to have and to hold it to Grantee and Grantee's heirs, successors, and assigns forever. Grantor binds Grantor and Grantor's heirs and successors to warrant and forever defend all and singular the Property to Grantee and Grantee's heirs, successors, and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty.

1

EXHIBIT

A-1

Blumberg No. 5208

When the context requires, singular nouns and pronouns include the plural.

GRANTOR

_____
DAISY WANDA GARCIA

GRANTOR
ESTATE OF THOMAS L. BAUMGARTEN,
DECEASED


_____
PAUL JENNINGS BAUMGARTEN, INDEPENDENT
EXECUTOR

State of Texas
County of _____Travis_____

I, _____Vicki Abshier_____, a Notary Public for the State of
Texas, do hereby certify that DAISY WANDA GARCIA, personally appeared before me on this day
and acknowledged the due execution of the foregoing instrument.

Witness my hand and official seal, this __9th__ day of __June__ 2015.

Vicki Abshier
Notary Public
State of Texas
My Commission Expires
DECEMBER 21, 2017

_____
Notary Public, State of Texas

State of Texas
County of _____

I, _____, a Notary Public for the State of
Texas, do hereby certify that PAUL JENNINGS BAUMGARTEN, INDEPENDENT EXECUTOR for
Grantor, personally appeared before me on this day and acknowledged the due execution of the
foregoing instrument.

Witness my hand and official seal, this _____day of _____ 2015.


_____
Notary Public, State of Texas

AFTER RECORDING RETURN TO:

12228 Creek Forest
Dallas TX 75230

2

I, Dana DeBeauvoir, County Clerk, Travis County,
Texas, do hereby certify that this is a true and
correct copy as same appears of record in my office.
Witness my hand and seal of office on

Dana DeBeauvoir, County Clerk
By Deputy

JUL 1 0 2015

When the context requires, singular nouns and pronouns include the plural.

GRANTOR

_____

DAISY WANDA GARCIA

GRANTOR
ESTATE OF THOMAS L. BAUMGARTEN,
DECEASED

*Paul Jennings Baumgart Independent Executor of*

PAUL JENNINGS BAUMGARTEN, INDEPENDENT
EXECUTOR *Estate of Thomas L. Baumgart, Deceased*

State of Texas
County of _____

I, _____, a Notary Public for the State of
Texas, do hereby certify that DAISY WANDA GARCIA, personally appeared before me on this day
and acknowledged the due execution of the foregoing instrument.

Witness my hand and official seal, this _____day of _____ 2015.

_____

Notary Public, State of Texas

State of Texas
County of _Harris_____

I, _Mansa Kirksey_____, a Notary Public for the State of
Texas, do hereby certify that PAUL JENNINGS BAUMGARTEN, INDEPENDENT EXECUTOR for
Grantor, personally appeared before me on this day and acknowledged the due execution of the
foregoing instrument.

Witness my hand and official seal, this ___21st___day of ___May___ 2015.

_____

Notary Public, State of Texas

AFTER RECORDING RETURN TO:

_____

_____

2

MARISA K KIRKSEY
My Commission Expires
August 2, 2017

I, Dana DeBeauvoir, County Clerk, Travis County,
Texas, do hereby certify that this is a true and
correct copy as same appears of record in my office.
Witness my hand and seal of office on

Dana DeBeauvoir, County Clerk
By Deputy:

JUL 1 0 2015

PJB

I, Dana DeBeauvoir, County Clerk, Travis County,
Texas, do hereby certify that this is a true and
correct copy as same appears of record in my office.
Witness my hand and seal of office on

Dana DeBeauvoir, County Clerk

By Deputy

JUL 10 2015

FILED AND RECORDED
OFFICIAL PUBLIC RECORDS

DANA DEBEAUVOIR, COUNTY CLERK
TRAVIS COUNTY, TEXAS
July 02 2015 03:49 PM
FEE: $ 38.00    2015105083